IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JASON WHITE

    Plaintiff,

v.                                              Case No.: 2:08-CV-00361 MMH-SPC

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 7th day of July 2008.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Dayle M. Van Hoose - 016277 |
| Alex Weisberg, Esq. | Dayle M. Van Hoose, Esq. |
| Weisberg & Meyers, LLC | Sessions, Fishman, Nathan & Israel, LLP |
| 9369 Sheridan Street, Ste. 656 | 9009 Corporate Lake Drive, Suite 300-S |
| Cooper City, FL 33024 | Tampa, Florida 33634 |
| Attorney for Plaintiff | Attorneys for Defendant |