## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JASON WHITE,

                Plaintiff,

-vs-                                           Case No.  2:08-cv-361-FtM-34SPC

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

_____

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice (Dkt. No. 11; Stipulation) filed on July 7, 2008.  In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED**:

1.       This case is **DISMISSED, with prejudice**.

2.       Each party shall bear its own fees and costs.

3.  The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers on July 9, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record